THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PASQUARELLI, Appellant. [868 NYS2d 914]

The Supreme Court's designation of the defendant as a level three sex offender was supported by clear and convincing evidence (*see* Correction Law art 6-C; *People v Dong V. Dao,* 9 AD3d 401, 401-402 [2004]; *People v Smith,* 5 AD3d 752 [2004]; *People v Moore,* 1 AD3d 421 [2003]). The Supreme Court providently exercised its discretion in denying the request for a downward departure from the defendant's presumptive risk level since the defendant did not assert a "mitigating factor of a kind, or to a degree, that is otherwise not adequately taken into account by the guidelines" (Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 4 [2006]; *see People v Foy,* 49 AD3d 835 [2008]; *People v Walker,* 47 AD3d 692, 694 [2008]; *People v Williams,* 19 AD3d 388 [2005]; *People v Guaman,* 8 AD3d 545 [2004]). Fisher, J.P., Florio, Carni and Chambers, JJ., concur.